AO 108 (Rev. 06/09) Application for a Warrant to Seize Property Subject to Forfeiture

# UNITED STATES DISTRICT COURT
### for the
Eastern District of California

| | |
|---|---|
| In the Matter of the Seizure of | ) |
| *(Briefly describe the property to be seized)* | ) |
| The balance of funds maintained at Citibank account | ) |
| number 207100082 in the name of "All Profit | ) |
| Organization LLC" | ) |

Case No. 7: 1 8 SW - 0 0 3 0 7 BAM

**FILED**
AUG 01 2018
CLERK U S DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY
DEPUTY CLERK

## APPLICATION FOR A WARRANT
## TO SEIZE PROPERTY SUBJECT TO FORFEITURE

I, a federal law enforcement officer or attorney for the government, request a seizure warrant and state under penalty of perjury that I have reason to believe that the following property in the ___EASTERN___ District of ___CALIFORNIA___ is subject to forfeiture to the United States of America under ___21___ U.S.C. § ___853___ *(describe the property)*:

The balance of funds maintained at Citibank account number 207100082 in the name of "All Profit Organization LLC" which are subject to seizure pursuant to 18 U.S.C. § 981(b), and 21 U.S.C. §§ 853(f) and 881(b), and subject to forfeiture pursuant to 18 U.S.C. §§ 981(a)(1)(A); 21 U.S.C. §§ 853,881(a)(6); 28 U.S.C. § 2461(c)

The application is based on these facts:

See attached affidavit of Brandon M. Stallworth, Special Agent, Bureau of Alcohol, Tobacco, Firearms and Explosives.

☑ Continued on the attached sheet.

_____
*Applicant's signature*

Brandon M. Stallworth, Special Agent, ATF
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 8/1/18

_____
*Judge's signature*

City and state: Fresno, California

Barbara A. McAuliffe, U.S. Magistrate Judge
*Printed name and title*

### AFFIDAVIT IN SUPPORT OF

### AN APPLICATION FOR SEIZURE WARRANT

I, Brandon M. Stallworth, being duly sworn, do hereby depose and state as follows:

## I.     INTRODUCTION AND AGENT BACKGROUND

1.     I am a Special Agent ("SA") with the United States Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), United States Department of Justice, and have been employed since September of 2015. Previous to my employment as a Special Agent, I was employed as a Deputy Probation Officer with Fresno County Probation for approximately nine months and a Correctional Officer with the Federal Bureau of Prisons for approximately one year. I am currently assigned to the San Francisco Field Division/Fresno Field Office. I completed twenty-seven weeks of training, which was comprised of the Criminal Investigator Training Program and the ATF Special Agent Basic Training program at the Federal Law Enforcement Training Center and ATF National Academy in Glynco, Georgia. I received extensive training in firearm identification, the identification and effects of controlled substances, the identification of improvised explosive devices, surveillance and electronic surveillance, and undercover investigations. During the course of my employment with ATF, I have investigated, and assisted in the investigation of criminal violations relating to firearms and/or narcotics, including Title 18 U.S.C. Section 922(a)(1)(A) - dealing firearms without a license, Title 18 U.S.C. Section 922(g)(1) – felon in possession of firearm and Title 21 U.S.C Section 841(a)(1) - possessing with intent to manufacture, distribute, or dispense, a controlled substance. During these investigations, I have participated in and utilized the following investigative tools: conducting physical surveillance, interviewing suspects, writing affidavits for and executing arrest warrants, handling confidential informants, analyzing phone records obtained from pen registers, trap and trace devices, and the physical devices, and collecting and processing evidence.

2.     I am presently involved in an ongoing criminal investigation of an individual

1

identified as Scorpio PURNELL for felon in possession of a firearm, firearms and narcotics trafficking, and money laundering.  This investigation is on-going and I am being assisted by agents from the United States Inspection Service ("USPIS"), Internal Revenue Service- Criminal Investigation ("IRS-CI") and other law enforcement agencies.

3.     Based on my direct experience with this case, and having worked with other individuals and law enforcement officers, I have learned that from June 2017 to June 2018, PURNELL has been possessing firearms while being a previously convicted felon and involved in firearms trafficking. I also learned that Purnell has been engaging in the interstate distribution of marijuana in violation of Federal law.   Further, I have learned that PURNELL and others have engaged in money laundering activities with domestic financial institutions, including but not limited to Wells Fargo Bank, Bank of America, and Citibank.

4.     The facts set forth in this affidavit are a result of my personal participation in this investigation.   The information in this affidavit is based on (a) my personal training, experience and observations (b) analysis of public information and subpoenaed documents, (c) commercial database searches, (d) discussions with other law enforcement agents and analysts, and (e) reviews of reports and/or findings made by other law enforcement personnel.   This affidavit includes only pertinent information to obtain a seizure warrant and does not contain every fact uncovered or known to me during this investigation to date.   Throughout this Affidavit, dates are considered to be "on or about" and numerical figures are to be considered approximations.

///

///

///

///

///

///

2

## II.      DESCRIPTION OF PROPERTY SUBJECT TO SEIZURE AND FORFEITURE

5.      This affidavit is submitted in support of the Government's application for a seizure warrant for the following property for civil and/or criminal forfeiture:

      a.   The balance of funds maintained at Citibank account number 207100082 in the name of "All Profit Organization LLC" (the "**CITIBANK Account**");

      b.   A 2015 Chevrolet Silverado, bearing Vehicle Identification Number (VIN): 3GCPCREC4FG173943 and California License Plate 68914H2 (the "**Chevy Truck**", and together with the **CITIBANK Account**, collectively, the "ASSETS").

## III.     SEIZURE AND FORFEITURE LEGAL AUTHORITY

Legal Authority for Seizure

6.      Title 18, United States Code, Section 981(b) and Title 21, United States Code, Sections 853(f) and 881(b) provide for the seizure of property subject to civil and criminal forfeiture pursuant to a warrant obtained in the same manner as provided for a search warrant under the Federal Rules of Criminal Procedure.

7.      Title 18, United States Code, Section 981(b)(3) provides, in pertinent part: Notwithstanding the provisions of rule 41(a) of the Federal Rules of Criminal Procedure, a seizure warrant may be issued pursuant to this subsection by a judicial officer in any district in which a forfeiture action against the property may be filed under section 1355(b) of title 28, and may be executed in any district in which the property is found, or transmitted to the central authority of any foreign state for service in accordance with any treaty or other international agreement.

Legal Authority for Forfeiture

8.      Drug Forfeiture - All property constituting, or derived from, any proceeds the person obtained, directly or indirectly, as the result of a violation of the Controlled Substances

3

Act, and any of the person's property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violation is forfeitable to the United States.   21 U.S.C. §§ 853, 881(a)(6).

9.     Money Laundering Forfeiture - Federal law provides for the civil and criminal forfeiture of any property, real or personal, which constitutes or is derived from proceeds traceable to any offense constituting a "specified unlawful activity" (SUA) or a conspiracy to commit such offense.   18 U.S.C. 981(a)(1)(C); 28 U.S.C. § 2461.   Interstate distribution of marijuana, in violation of 21 U.S.C. § 841, is an SUA. 18 U.S.C. §§ 1956(c)(7)(D), 1961(1)(D).

10.     Furthermore, any property, real or personal, "involved in" a money laundering violation (in violation of Title 18, United States Code, Section 1956 is forfeitable to the United States. 18 U.S.C. § 981(a)(1)(A) and 982(a)(1).

11.     In the context of financial accounts, funds that are not directly traceable to the SUA are "involved in" money laundering where such funds help conceal the money laundering conduct or make such conduct more difficult to detect. See, e.g., United States v. Huber, 404 F.3d 1047, 1058 (8th Cir. 2005) (the SUA proceeds involved in a financial transaction, as well as any clean money commingled with it, constitute the corpus of the money laundering transaction; both are subject to forfeiture).

12.     Only part of money involved in the transaction need be derived from SUA; strict tracing through commingled accounts is not required.   See United States v. Marbella, 73 F.3d 1508, 1516 (9th Cir. 1996) (once SUA proceeds are commingled in an account, any withdrawal from that account involves proceeds); United States v. Rutgard, 116 F.3d 1270, 1292 (9th Cir. 1997) ("if § 1956 required tracing of specific funds, it could be wholly frustrated by commingling").

13.     Intent to conceal can be shown by commingling.   Rutgard, 116 F.3d at 1286 (dicta) (depositing criminally derived cash with innocently derived funds can show intent to

4

conceal or disguise identity of tainted money); United States v. Shepard, 396 F.3d 1116, 1122 (10th Cir. 2005) (commingling criminal proceeds with funds in bank account of legitimate business shows intent to conceal); United States v. Ward, 197 F.3d 1076, 1082 (11th Cir. 1999) ("commingling of funds is itself suggestive of a design to hide the source of ill-gotten gains").

## IV.   SUMMARY OF PROBABLE CAUSE

14.     The government seeks to seize **the CITIBANK Account** because there is probable cause to believe that the account, titled in the name of PURNELL's front company, All Profit Organization LLC, received proceeds of PURNELL's illegal marijuana trafficking activity and, because of the use of the front company, was "involved in" money laundering.   See 21 U.S.C. §§ 853, 881(a)(6) (narcotics forfeiture); 18 U.S.C. § 981(a)(1)(A) and 982(a)(1) (money laundering forfeiture).

15.     The government seeks to seize **the Chevy Truck** because there is probable cause to believe that the truck was purchased of proceeds of PURNELL's illegal marijuana trafficking activity.   21 U.S.C. §§ 853, 881(a)(6)

## IV.   BACKGROUND OF THE INVESTIGATION

16.     In approximately January 2018, I began an investigation into a group of individuals in Fresno, California who identified themselves as an organization called All Profit Organization (APO)1 and an individual named Scorpio PURNELL.   The purpose of the case

---

        1A query of All Profit Organization into a commercially available law enforcement database revealed that on March 12, 2008, All Profit Organization was incorporated as a Limited Liability Company in the State of Missouri with National Registered Agents, Inc., 300 E High St, B, Jefferson City, Missouri, being listed as the registered agent and registered agent address. Additionally, on June 26, 2017, All Profit Organization was incorporated as a Limited Liability Company in the State of California with Martha Kidane, 2644 Sterling Avenue, Sanger, California, being listed as the registered agent and registered agent address. I believe Kidane is a relative of PURNELL based on the name KIDANE, which is another name used by PURNELL. I also observed Martha Kidane in a Facebook video with PURNELL. Furthermore, I reviewed California Secretary of State Articles of Organization LLC documents reflecting a limited liability company name "All Profit Organization LLC" with business address of 4974 East Clinton Way, Building A, Fresno, CA and registered agent Scorpio PURNELL. On February 20, 2018, I went by the aforementioned address and could not locate a business in the name of All Profit Organization LLC. Agents have seen through social media postings that PURNELL and his associates have used the All Profit Organization company/brand to promote and sponsor music concerts; however agents believe that the company

was to investigate whether APO and PURNELL were involved in illegal trafficking of firearms and narcotics. PURNELL is not a licensed firearms dealer.

17. In June 2017, agents had observed a white BMW, bearing CA plate 7PGF434 during a controlled purchase of a firearm. After the deal, agents observed an individual give the driver of the white BMW what appeared to be cash. The white BMW had a rear window tint that said "All Profit Organization."

18. I queried the California vehicle registration for the white BMW. The query results indicated that the white BMW was registered to Scorpio Demar PURNELL2 (2644 Sterling Avenue, Sanger, California).

### A. REVIEW OF PURNELL'S SOCIAL MEDIA ACCOUNTS

19. Throughout 2018, agents reviewed Scorpio PURNELL's social media accounts, such as Instagram and Snapchat. In many social media postings, PURNELL posted pictures with him wearing All Profit Organization (APO) clothing.

20. In early 2018, I located several postings by the username "Apo_ceo", which is believed to be operated by Scorpio PURNELL, showing and individual shooting firearms at an indoor gun range and a depicting marijuana in plastic bags.

21. Agents obtained Federal search warrants to review Instragram postings made by

---

functions as a front company for PURNELL's illegal activity.

2 Based on a review of Fresno County Superior Court of California records, San Diego County Superior Court of California records, and U.S. District Court for the Eastern District of California , I conclude PURNELL has incurred the following conviction which make it illegal for him to possess a firearm or ammunition: a 2007 Fresno County Superior Court conviction for a violation of California Penal Code Section 12031 (a)(1), Carrying a loaded firearm inside a vehicle or public place; a 2008 Fresno County Superior Court conviction for a violation of California Penal Code Section 12021 (A) (1), Felon in possession of a firearm; a 2010 conviction out of the U.S. District Court for the Eastern District of California for a violation of Title 18, United States Code, Section 922(g)(1), Felon in Possession of a firearm; and a 2012 Fresno County Superior Court conviction for a violation of California Penal Code Section 266H (A), Pimping. Additionally, On December 8, 2017, ATF Industry Operations Investigator Paul Jenkins requested a query of the Firearms Licensing System (FLS) to locate any records for Scorpio PURNELL and Meharie KIDANE. The FLS system is a database controlled by ATF that is a depository for persons who possess Federal Firearms Licenses. The query yielded negative results. This means that PURNELL is not a licensed firearm dealer.

6

PURNELL in his account. These postings revealed that PURNELL was involved in firearms trafficking and interstate marijuana trafficking.   For example:

#### Gun Trafficking

a.      On May 11, 2017, PURNELL sent Tee_fetti5 a message, "Take this for a "band."3 Tee_fetti5 asked PURNELL, "What is it." PURNELL replied, "Smith & Wesson M&P 15". PURNELL then informed Tee_fetti5, "It's urs for a band really 900." Tee_fetti5 informed PURNELL that he/she getting paid that night and needed a Glock, 9mm caliber pistol or a Glock .40 caliber pistol. PURNELL responded, "Ok."

b.      Based on my training, experience, and conversation with other law enforcement officers, I believe PURNELL was attempting to sell the user of Instagram profile Tee_fetti5 a Smith and Wesson, Model M&P 15 rifle for $900.00

c.      On May 11, 2017, PURNELL sent Doneitalll a message, "M-4 Fully.". Based on my training, experience, and conversation with other law enforcement officers, I believe PURNELL was informing Doneitalll that he was in possession of a fully automatic firearm for sale.

#### Marijuana Trafficking

d.      Between on or about June 16, 2017 to on or about June 28, 2017, Flawlesscelfie sent PURNELL a message, "Hey how much are your pounds. I have a texas friend interested." PURNELL responded, "Ask him how much he's trying to spend I have something for every price.

e.      Based on my training experience, and conversation with other law

---

3 Based on my training, experience, and conversation with other law enforcement officers, the term "Band" means $1,000.00.

enforcement officers, I believe Flawlesscelfie was inquiring about the price of PURNELL's pound of marijuana because he/she had a friend in Texas that was interested in purchasing marijuana.

f.   On or about February 25, 2018, PURNELL sent Kingbuddz707 a message, "Where's 707? I'm in Fresno I be needing um 50 to a 100 a time."   Kingbuddz707 responded, "I push packs4 like that to my guys out in Memphis. Its up north California...Humboldt county." PURNELL informed Kingbuddz707, "I'm always shopping depending on wat and the number any where from 10 to 100 but u stay some time away so I wouldn't drive out there for 10." Kingbuddz707 then asked PURNELL, "How much do you need boss? PURNELL responded, "50 or better."

g.   Based on the context of this conversation, I believe PURNELL was inquiring about the user of Instagram profile Kingbuddz707 prices of marijuana. I believe PURNELL is informing Kingbuddz707 that he needs 50 to 100 pounds of marijuana at a time.

22.   Agents obtained Federal search warrants to review PURNELL Snapchat account ("Allprofit87").   Many of these postings/chats involved PURNELL conducting further interstate marijuana trafficking activity and money laundering activity related thereto.   For example:

### Marijuana Trafficking

a.   On or about April 5, 2018, "Cashh_Benjamin" sent PURNELL a message, "I was running outta time so I was only able to count up 12 bandss for the safe . But I got the rest plus more in my pocket right now. Imma drop it in

---

4 Based on my training, experience, and conversation with other law enforcement officers, the term "Packs" refers to a pound of narcotics.

5 Based on my training and experience, a "Band" is a slang term for $1,000.00.

the bank if I'm not ready again tomorrow." "Cashh_Benjamin" sent PURNELL another message, "032818E". "Cashh_Benjamin" then informs PURNELL that he owes him $8,500.00.

b.    Based on my training, experience, and knowledge of the investigation, I believe "Cashh_Benjamin" was informing that he was running out of time and that he was only able to count $12,000 for the safe. "Cashh_Benjamin" also informed PURNELL that he had more money in his pocket and will drop it off in the bank on the following day.

c.    On or about April 9, 2018, "Cashh_Benjamin" sends PURNELL a message, "5435 s sumac circleFayetteville nc 28304."

d.    Based on my training, experience, and knowledge of the investigation, I believe "Cashh_Benjamin" was informing PURNELL of a location in Fayetteville, North Carolina to send the shipment of marijuana.

e.    On or about April 11, 2018, PURNELL sends "Cashh_Benjamin" a message, "So we at $8400." Followed by another message, "And 1900 each."

f.    Based on my training, experience, and knowledge of the investigation. I believe PURNELL is informing "Cashh_Benjamin" that he ("Cashh_Benjamin") owes PURNELL $8,400.00 and that he (PURNELL) is charging 1,900.00 for each pound of marijuana.

g.    On or about April 14, 2018, PURNELL sends "Cashh_Benjamin" a message, "Next box I'll send u 3 gg4[6] and 2 of these and 2 other ones".

h.    Based on my training, experience, and knowledge of the investigation, I

---

[6] SA Stallworth conducted a google search for the term "gg4", the search indicated that "gg4" was formerly known as Gorilla Glue #4, which is a potent strain of marijuana.

believe PURNELL was informing "Cashh_Benjamin" that he will send three unknown weight amount of gg4 strain of marijuana and 4 additional unknown weight of strains of marijuana.

Money Laundering Activity

i.    On or about April 17, 2018, PURNELL sent "Cashh_Benjamin" a picture of a Wells Fargo Banking screen depicting WFB account # 51718822918 and routing numbers for direct deposits, electronic payments, and wire transfers.



j.    PURNELL then sends "Cashh_Benjamin" additional messages, "Just go in there and be like I would like to make 2 deposits say that from jump. Do Mariah's acount first for the 2500. Then the 2000 in the APO. If they don't let u do Mariah's then say ok I need to put $4500 into an business merchants account." "Cashh_Benjamin" responded, "I know we pressed

10

for time and no telling how long these ppl gone be so if anything could you send me what I paid for and I'll have everything for by the next time. But I'm working on sending you the whole 45."

k.    Based on my training, experience, and knowledge of this investigation, I believe PURNELL was providing "Cashh_Benjamin" his bank account information to deposit money from the marijuana proceeds. PURNELL directs "Cashh_Benjamin" to make cash deposits from the beginning. PURNELL then instructs "Cashh_Benjamin" to deposit $2,500.00 in Mariah ERICKSON's account and $2,000.00 in the APO account.

l.    On or about April 18, 2018, PURNELL sent "Cashh_Benjamin" a photograph of the shipping label, which indicated one USPS Priority Express Mail parcel, label number EL281613069US, weighing approximately two (2) pounds, nine (9) ounces being shipped to Mariah Erickson at 1560 Fulton St. Fresno, CA 93721, with a return address of in Hope Mills, NC 28348 with a scheduled delivery date of April 17, 2018. Mariah Erickson is believed to be PURNELL's girlfriend based on social media postings and other information developed throughout the investigation.

m.    PURNELL then sent "Cashh_Benjamin" a message, " The Merchant Account." "Cashh_Benjamin" replied, "I done put myself in a whole and a box is the only way to get out but can't expect that when I ain't pay you all your money." "Cashh_Benjamin" sent PURNELL a message containing an address, "6705 brookshire st. Fayetteville nc 28314."

n.    Based on my training, experience, and knowledge of this investigation, I believe PURNELL was sending "Cashh_Benjamin" the USPS express

11

parcel label to inform "Cashh_Benjamin" that he received the package containing money. I believe "Cashh_Benjamin" informs PURNELL that he was in debt and the only way to get out of debt was for PURNELL to send another box of marijuana. "Cashh_Benjamin" then informs PURNELL that he could not expect PURNELL to send another box, because he still owed PURNELL money. "Cashh_Benjamin" then provided PURNELL with another address to send a box of marijuana.

o.    On or about May 3, 2018, PURNELL sent "Cashh_Benjamin" a message, "1560 Fulton St 103 fresno ca 93721. Mariah Erickson".

p.    Based on my training, experience, and knowledge of this investigation, I believe PURNELL proving "Cashh_Benjamin" with information regarding who and where the package containing money would be sent.

q.    On or about May 7, 2018, PURENLL sent "Cashh_Benjamin" message, "If u don't have it all u can send the 6k and the rest in the bank or letter. Do it like u do the phone with the 3 envelopes. And make sure the money don't smell like work. Spray it with something."  "Cashh_Benjamin" replied, "Fasho I got you".

r.    Based on my training, experience, and knowledge of this investigation, I believe PURNELL tells "Cashh_Benjamin" that if he is going to make bank deposits, to spray the money with something, so it does not contain scent of marijuana.

s.    On or about May 6, 2018, PURNELL sent Snapchat user "Drwayne19" (believed to be Deon Wayne Rodgers based on a review of photographs, middle name "Wayne," residency in Kansas City, and mailing of parcels and submission of money transfers to Mariah Erickson in Rodgers' true

12

name) a message, "Here is wat u say u met a girl on a snap chat named Mariah u pay her to video call u 6 times a month That it's naked video calls u pay her by mail u send it to her brothers house witch is the 1650 Fulton. U never met her in person.   That's it that's all say it's not illegal I'm done talking I need a lawyer. And I want to leave. That's it." PURNELL then sent "Drwayne19" another message, "She's going to say the same exact thing. Don't talk about weed at all."

t.      PURNELL then messaged ERICKSON, "Read this over and over tell um the police is it comes up u make money from on line stuff. He's one of ur guys and u have um send money to our house but u tell um it's ur brothers. And that's it that's all u have nothing els to say at all u want a lawyer."

u.      Based on my training, experience, conversation with other law enforcement officers, and knowledge of the investigation, I believe PURNELL provided "Drwayne19" with a cover story of "Drwayne19" sending money to ERICKSON for naked video calls to deceive law enforcement. PURNELL also instructed "Drwayne19" not to mention anything about the marijuana.

v.      Financial records indicate that on October 22, 2017, and January 14, 2018, the user of "Drwayne19" sent ERICKSON a total of $3,000.00 via money transfer. Furthermore, the query revealed on January 29, 2018, and January 22, 2018 "Drwayne19" sent PURNELL's ex-girlfriend Hannah Zamora a total of $3,800.00 via money transfer.

## B.    INTERCEPTED UNITED STATES POSTAL SERVICE PARCELS

23.     During the course of this investigation United States Postal Inspectors intercepted three parcels relevant to this investigation.

13

24.     On March 8, 2018, Inspector Morgan intercepted a USPS Priority Express Mail parcel shipped from Kansas City, MO to Fresno, CA. The parcel was being shipped to Mariah Erickson at 1415 Broadway Street, Apt. 101 Fresno, CA 93721, with a return address of Deon Rodgers (believed to be Snapchat user "Drwayne19") at 2815 Wabash Avenue, Kansas City, MO 64109.   Inside the parcel (which was searched pursuant to a Federal search warrant), inspectors located a locked black container that contained $2,450.00.

25.     On June 22, 2018, Inspector Daniel Porter intercepted two USPS Priority Express Mail parcel shipped from 1200 Murchison Road, Fayetteville, NC to 4444 West Palo Avenue7, Apt. 128, Fresno, CA 93722 and 934 East Byrd Avenue8, Fresno, CA 93706.

26.     The first Fayetteville parcel was being shipped to Mariah Erickson at 4444 West Palo Avenue, Apt. 128, Fresno, CA 93722, with a return address of Robert Harris at 1200 Murchison Road, Fayetteville, NC 28301.

27.     The second Fayetteville parcel was being shipped to Hannah Zamora at 934 East Byrd Avenue, Fresno, CA 93706, with a return address of Cary Harris at 1200 Murchison Road, Fayetteville, NC 28301.   Based on my investigation, I believe Hannah Zamora is PURNELL's ex-girlfriend.

28.     Both Fayetteville parcels were searched pursuant to Federal search warrants. The first Fayetteville parcel, in transit to Mariah Erickson at 4444 West Palo Avenue, Apt. 128, Fresno, CA 93722 contained one (1) Springfield Armory, model XD, .40 caliber pistol, serial number XD505914 and one (1) Glock, model 19, .9mm caliber pistol, bearing Serial number

---

7 On June 23, 2018, I conducted a commercial database query of 4444 West Palo Alto Avenue to determine PURNELL's and/or associates are associated with the residence. The query revealed PURNELL, Elisabeth Marcel and Anastasia Purnell were associated with the residence. Based on review of PURNELL's social media accounts, A. Purnell is believed to be the sister of PURNELL and MARCEL is believed to be the mother of PURNELL.

8 According to Fresno County Assessor's Office records, PURNELL owns 934 East Byrd Avenue.

NSV244.   I also located an assorted amount of clear Ziploc bags, which are commonly used by drug traffickers to package narcotics.

29.     The second Fayetteville parcel, in transit to Hannah Zamora at to 934 East Byrd Avenue, Fresno, CA 93706, contained three (3) AK-style rifle magazines, a pistol grip, and a fore grip.

30.     Furthermore, between September 20, 2017 to the present date, USPS records at least 13 express parcels have been sent from Fayetteville, NC to residences associated with PURNELL in Fresno, CA.

31.     Throughout this investigation, it was revealed that PURNELL is a supplier of marijuana and ships marijuana to out of state customers. From my training and experience, and from conversations with agents from the Drug Enforcement Administration (DEA) and other law enforcement officers, I know that California is a source location from which illegal drugs and narcotics, including marijuana, are commonly exported to other states.   States in the Eastern United States are destination states -- locations to which such drugs, including marijuana, are sent from source locations, such as California.

32.     I know that individuals involved in drug trafficking also use third parties to receive/send drugs and drug proceeds to create one layer of separation between themselves and the illegal activity.   Based on my training and experience and knowledge of the investigation, I believe that PURNELL is utilizing Erickson, Zamora and other individuals to receive financial transfers of drug proceeds, hold property in their names (including the **Chevy Truck** as discussed below), receive packages to avoid detection from law enforcement. I further believe that PURNELL is the actual intended recipient of the financial transfers and parcels.

///

///

15

**C.    AGENTS SEARCHED PURNELL'S APARTMENT ON JUNE 26, 2018;**
**AGENTS SEIZED A POUND OF MARIJUANA AND A PAY/OWE SHEET**

33.    On June 26, 2018, a Federal Search Warrant was executed at 1560 Fulton St.
#103, Fresno, CA by ATF Special Agents, Federal Bureau of Investigation (FBI) SAs Clovis
Police Department (CPD) and Fresno Police Department (FPD) officers. PURNELL is the renter
of the apartment and agents have seen him frequently present at the apartment throughout the
investigation.   Officers with Fresno Police Department tried to conduct a vehicle stop of
PURNELL, who was driving nearby in the **Chevy Truck.**   PURNELL led agents on a high
speed chase, resulting in PURNELL crashing into a parked car in an alleyway.   Agents searched
the **Chevy Truck** and located a box of Winchester .45 caliber ammunition, two firearm
magazines, and vehicle insurance paperwork for the truck in PURNELL's name. FPD
established a perimeter and located PURNELL nearby.

34.    The witness stated that the male who crashed the **Chevy Truck** informed the
witness that he needed help and provided the witness with his debit card9. The witness stated that
the male informed him/her that he had $10,000 in the account and informed him/her that the PIN
was 2008.   The debit card is linked to the **CITIBANK Account**.

35.    During a search of PURNELL's residence, agents located over one pound of
marijuana, a composition notebook containing pay-owe sheets of suspected marijuana related
transactions with dealers/customers, and ammunition.

///

///

///

---

9Citibank Debit MasterCard: All profit Organization-Debit card Number 5572 8100 5110 1565, Card
holder: Scorpio PURNELL, Card expiration date: 04/23 was seized from witness and later booked into FPD
evidence.

16

///

### D. PURNELL USED "ALL PROFIT ORGANIZATION" WELLS FARGO BUSINESS BANK ACCOUNTS TO RECEIVE DRUG PROCEEDS; AFTER THE ACCOUNTS WERE CLOSED, PURNELL TRANSFERRED THE PROCEEDS INTO THE CITIBANK ACCOUNT

36.     Other federal agents and I have received and reviewed bank records, which show Scorpio D PURNELL, Georgette Purnell (Purnell's sister), and Mariah Erickson hold bank accounts under their names or under Scorpio D PURNELL's "doing business as" name of "All Profit Organization."

37.     The bank records reveal Scorpio D PURNELL, Georgette Purnell, All Profit Organization, and Mariah M Erickson have received numerous cash deposits to these accounts from individuals residing in the states of North Carolina, New Jersey, Maryland, and other locations. Since as early as May 2015, Scorpio D PURNELL, Georgette Purnell, All Profit Organization, and Mariah M Erickson, have received in excess of $550,000 in structured cash deposits to their accounts at Wells Fargo Bank (WFB) and Bank of America (BofA).   Based on information received, the deposits are made in denominations under $10,000, in a manner consistent with attempting to prevent the banks from filing CTRs on those transactions.

38.     After the cash is deposited into the relevant account, it is usually withdrawn within 24- to 48-hours.   Since as early as May 2015, Scorpio D PURNELL, Georgette Purnell, All Profit Organization, and Mariah M Erickson, have made a total of more than $400,000 in structured cash withdrawals made in denominations under $10,000, in a manner consistent with attempting to prevent the banks from filing CTRs on those transactions from their accounts at Wells Fargo Bank and Bank of America.   Other agents and I have not been able to determine where the cash is taken after it is withdrawn from the accounts.

39.     Wells Fargo Bank (WFB) records indicate that Scorpio PURNELL's company All Profit Organization LLC held three accounts at WFB:   WFB checking accounts #51718822918, #5718822983, and #9291839414).   PURNELL is the sole signer on all three accounts.   The

17

records revealed that PURNELL has continued to receive structured cash deposits through March 2018.

40.     Banking records from WFB accounts #51718822918, #5718822983, and #9291839414 (WFB accounts operated by All Profit Organization LLC) revealed that between on or about July 2017 through on or about March 1, 2018, the three accounts received approximately $332,730.00 in cash deposits and approximately $245,243.00 in cash withdrawals.

41.     As discussed above, PURNELL sent Snapchat user "Cashh_Benjamin" a picture of one of these WFB accounts (account #51718822918) and asked him to deposit what agents believe were marijuana payments into this WFB account.

42.     WFB closed the aforementioned accounts on May 17, 2018 and May 21, 2018. When WFB closed the APO accounts, the bank provided two cashier's checks:  (1) a cashier's check to All Profit Organization LLC for $7,125.00 and (2) cashier's check in the name of All Profit Organization LLC for $6,319.74.   Both cashier's checks funded the opening of and were deposited into the **Citibank account**. PURNELL is the sole signor on the **Citibank account.** As of June 28, 2018, the **Citibank account** had a balance of $10,474.31.

39.     **PURNELL's ACQUIRED THE CHEVY TRUCK WITH CASH**

43.     On or about February 28, 2018, PURNELL posted a video to his Snapchat account that depicted himself with the **Chevy Truck.**   In this video, PURNELL holds large amounts of cash and says, "I can't go broke mane, but uhh it's the new thang. It's my new baby mane. Free my brother Richard man. Brand new cashed out pink slip everything."

44.     Furthermore, on February 28, 2018, PURNELL saved a picture to his Snapchat account depicting Keenan Dickson standing in front of a lifted black Chevrolet Silverado holding a stack a cash followed by another picture of PURNELL sitting in the driver's seat of the vehicle.

18





45.     Agents believe that PURNELL acquired the Chevy Truck, which was valued at approximately $30,000 on February 28, 2018 from Keenan Dickson with cash.

46.     On June 27, 2018, I interviewed PURNELL at the Fresno County Jail. PURNELL confirmed he purchased the Chevy Truck from Keenan Dickson.   PURNELL stated that Dickson, drove the truck to California and he (PURNELL) bought it from him. I then asked PURNELL how much did he pay for the truck. PURNELL stated he could not remember exactly how much he paid for it because the title is in Dickson's name. I then asked PURNELL if he paid for the vehicle with cash. PURNELL then responded, "Not the whole thing. He paid some of it."

19

47.     According to California Department of Motor Vehicle (DMV) records, Dickson filed an "Application for Title or Registration" to register the **Chevy Truck** in California from Nevada, on March 1, 2018, one day after the sale of the **Chevy Truck** to PURNELL.   Dickson reported the value at $4,800 (when, in fact, the vehicle's value was approximately $30,000).

48.     On July 2, 2018, approximately one week after the arrest of PURNELL, DMV records indicate that Mariah ERICKSON became the new registered owner of the **Chevy Truck**. It is common for narcotics and firearm traffickers and individuals that engages in money laundering to hide assets from law enforcement to avoid having assets seized.

### E.     PURNELL's AND ALL PROFIT ORGANIZATION LACK LEGITIMATE EARNINGS

49.     I conducted a check for PURNELL with the Employment Development Department (EDD) of the State of California.   According to EDD, PURNELL's last reported income was in the third quarter of 2016, when he worked for Service West Inc., located at 2054 Burroughs Avenue, San Leandro, CA. However, EDD records does not specify how much PURNELL earned during that time.

50.     On July 11, 2018, I obtained tax records from the California Franchise Tax Board (FTB) for Scorpio PURNELL, Mariah Erickson, and Georgette Purnell. FTB records for Scorpio PURNELL indicated that EDD reported earnings of $1,415.00 in 2016.   FTB records for Mariah ERICKSON reported net earnings of $4,643.00 in 2015, $11,738.00 in 2016, and $4,868.00 in 2017. Furthermore, FTB records for Georgette PURNELL reported net earnings of $9,482.00 in 2015 and $36,186.00 in 2016.

51.     Furthermore, FTB had no tax filings records for All Profit Organization LLC. Thus, agents believe that All Profit Organization is a front company for PURNELL's criminal activity and is designed to conceal the illegal source of PURNELL's criminal proceeds.

20

## V.   CONCLUSION

52.   I believe the above facts demonstrate probable cause that the **CITIBANK Account** constitutes, or are derived from, proceeds obtained directly or indirectly from the violation of Title 21, United States Code Sections 841 (distribution of marijuana) and was "involved in" a violation of Title 18, United States Code Sections 1956 (money laundering).

53.   I believe the above facts demonstrate probable cause that the **Chevy Truck** constitutes, or is derived from, proceeds obtained directly or indirectly from the violation of Title 21, United States Code Sections 841 (distribution of marijuana).

54.   Thus, I believe there is probable cause to believe that the **CITIBANK Account** and **Chevy Truck** are subject to seizure and forfeiture.

55.   Based on the above, I believe that a failure to issue a seizure warrant will result in the above-described assets being transferred, removed from the jurisdiction of this court and /or being otherwise made unavailable for forfeiture.   It is my belief that, based on the nature of the criminal activity described herein, and the inherent mobility of currency and vehicles, a restraining order would be insufficient to maintain the status quo of the assets pending trial.

I declare under penalty of perjury that the foregoing is true and correct.

Brandon M. Stallworth
Special Agent, ATF

Approved as to form:
/s/ Jeffrey A. Spivak
Jeffrey A. Spivak
Assistant United States Attorney

Sworn and subscribed before me this ___ day of July, 2018

The Honorable Barbara A. McAuliffe
United States Magistrate Judge

21

SEALED

AO 109 (Rev. 11/13) Warrant to Seize Property Subject to Forfeiture

# UNITED STATES DISTRICT COURT
## for the
### Eastern District of California



| | |
|---|---|
| In the Matter of the Seizure of<br>*(Briefly describe the property to be seized)*<br>The balance of funds maintained at Citibank<br>account number 207100082 in the name of<br>"All Profit Organization LLC" | )<br>)<br>)   Case No.<br>)<br>)   **7: 1 8 SW - 0 0 3 0 7   BAM** |

## WARRANT TO SEIZE PROPERTY SUBJECT TO FORFEITURE

To:   Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests that certain property located in the _____ EASTERN _____ District of _____ CALIFORNIA _____ be seized as being subject to forfeiture to the United States of America.  The property is described as follows:

The balance of funds maintained at Citibank account number 207100082 in the name of "All Profit Organization LLC" THE ABOVE-REFERENCED FINANCIAL INSTITUTION IS HEREBY COMMANDED to effect the seizure of the contents of the above-referenced account in the amount set forth above and to refuse the withdrawal of any amount from said account by anyone other than duly authorized law enforcement agents, promptly provide officers or contractors of ATF with the current account balances, and continue to accrue any deposits, interest, dividends, and any other amount credited to said account until the aforementioned law enforcement agents direct that the contents of said account be finally liquidated.

I find that the affidavit(s) and any recorded testimony establish probable cause to seize the property.

**YOU ARE COMMANDED** to execute this warrant and seize the property on or before    _____ 8/15/18 _____
                                                                                                                                                       *(not to exceed 14 days)*

☑ in the daytime 6:00 a.m. to 10:00 p.m.    ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must also give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

An officer present during the execution of the warrant must prepare, as required by law, an inventory of any property seized and the officer executing the warrant must promptly return this warrant and a copy of the inventory to
_Any U.S. Magistrate Judge in the Eastern District of California_ .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*

☐ for _____ days (not to exceed 30)    ☐ until, the facts justifying, the later specific date of _____ .

Date and time issued:   _____ 8/1/18  1:31 pm _____                     _____ *Judge's signature* _____

City and state:   _____ Fresno, California _____                     _____ Barbara A. McAuliffe, U.S. Magistrate Judge _____
                                                                                                                              *Printed name and title*

AO 109 (Rev. 11/13)  Warrant to Seize Property Subject to Forfeiture (Page 2)

| Return | | |
|---|---|---|
| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |

Inventory made in the presence of:

Inventory of the property taken:

| Certification |
|---|

    I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date:

_____
*Executing officer's signature*

_____
*Printed name and title*