# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE THE SEIZURE OF<br><br>CITIBANK ACCOUNT NO. 207100082 IN THE NAME OF ALL PROFIT ORGANIZATION, LLC | Case No. 1:18-sw-00307-BAM-1<br><br>ORDER DENYING MOTION TO RELEASE FUNDS |
| IN RE THE SEIZURE OF<br><br>2015 CHEVROLET SILVERADO, VIN 3GCPCREC4FG173943, LICENSE PLATE NO. 68914H2 | Case No. 1:18-sw-00308-LJO-BAM-1<br><br>(Doc. No. 30) |

On October 9, 2019, the Court granted Scorpio Purnell's Motion for the Return of Property Subject to Seizure Order. (Doc. No. 29.) The Court's order required the United States to return the funds totaling $9,574.45 seized from Citibank Account No. 207100082 (the "Citibank Account") to Scorpio Purnell and further directed Mr. Purnell to file a statement with the Court indicating the address where the check should be sent. (*Id*.)

Currently before the Court is Georgette Purnell's Motion to Release Funds filed on October 15, 2019. (Doc. No. 30.) In her motion, Georgette Purnell claims that she is the CEO of All Profit Organization, LLC, and has a power of attorney to act on behalf of Scorpio Purnell. (*Id.*) Georgette Purnell requests that the funds subject to the Court's October 9, 2019 order be delivered to her in the name of All Profit Organization, LLC. (*Id.*)

The Court's October 9, 2019 order directed the United States to return the funds seized from

1

the Citibank Account to Scorpio Purnell and not to All Profit Organization, LLC, Georgette Purnell, or any third party. Mr. Purnell was solely directed to identify the address to which the check should be sent. Moreover, the Court's order required Mr. Purnell, who is appearing pro se in this matter, to respond. The motion is brought solely by Georgette Purnell and the power of attorney attached thereto does not authorize her to appear in this matter on Mr. Purnell's behalf. *See C.E. Pope Equity Trust v. United States,* 818 F.2d 696, 697 (9th Cir. 1987) ("Although a non-attorney may appear *in propria persona* in his own behalf . . . [h]e has no authority to appear as an attorney for others than himself."); *In re Marriage of Caballero*, 27 Cal. App. 4th 1139, 1151 (1994), *as modified on denial of reh'g* (Sept. 26, 1994) ("Despite broad statutory language of the power of attorney with respect to claims and litigation, the attorney in fact may not act as an attorney at law on behalf of his principal, even though the principal could appear in propria persona."). The Court therefore declines to grant Georgette Purnell's motion.

Accordingly, it is HEREBY ORDERED:

1. Georgette Purnell's Motion to Release Funds (Doc. No. 30) is DENIED; and

2. Pursuant to the Court's October 9, 2019 order (Doc. No. 29), any check or other instrument returning the funds seized from the Citibank Account shall be made out only to Scorpio Purnell and not to any third party. Scorpio Purnell is directed file a statement with the Court solely indicating the address where the check or other instrument should be sent.

IT IS SO ORDERED.

Dated: **October 21, 2019**           /s/ *Barbara A. McAuliffe*
                                                             UNITED STATES MAGISTRATE JUDGE