# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE THE SEIZURE OF<br><br>CITIBANK ACCOUNT NO. 207100082 IN THE NAME OF ALL PROFIT ORGANIZATION, LLC | Case No. 1:18-sw-00307-BAM-1<br><br>ORDER REGARDING STATEMENT INDICATING THE ADDRESS WHERE FUNDS ARE TO BE SENT<br><br>(Doc. No. 5)<br><br>Case No. 1:18-sw-00308-LJO-BAM-1 |
| IN RE THE SEIZURE OF<br><br>2015 CHEVROLET SILVERADO, VIN 3GCPCREC4FG173943, LICENSE PLATE NO. 68914H2 | |

Pursuant to the Court's October 9, 2019 order granting Scorpio Purnell's Motion for the Return of Property Subject to Seizure Order, and based upon the Statement Indicating The Address Where Funds Are To Be Sent filed by Scorpio Purnell on October 22, 2019, Mr. Purnell's request that the funds totaling $9,574.45 seized from Citibank Account No. 207100082 (the "Citibank Account") be returned to the care of Mariah Kidane and that any check or other instrument returning the funds be made payable solely to Scorpio Purnell is GRANTED.

Accordingly, it is HEREBY ORDERED that, pursuant to the Court's October 9, 2019 order granting Scorpio Purnell's Motion for the Return of Property Subject to Seizure Order, the United States is directed to return the funds seized from the Citibank Account to the care of Mariah Kidane,

2964 E. Dakota Ave., Fresno, CA 93726.  Any check or other instrument returning the funds seized from the Citibank Account shall be made payable solely to Scorpio Purnell.

IT IS SO ORDERED.

Dated: **October 25, 2019**                             /s/ Barbara A. McAuliffe
                                                                        UNITED STATES MAGISTRATE JUDGE