# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE THE SEIZURE OF<br><br>CITIBANK ACCOUNT NO. 207100082 IN THE NAME OF ALL PROFIT ORGANIZATION, LLC | Case No. 1:18-sw-00307-BAM-1<br><br>**ORDER REGARDING SCORPIO PURNELL'S MOTION REQUESTING AMENDMENT OF ORDER GRANTING MOTION FOR RETURN OF PROPERTY** |
| IN RE THE SEIZURE OF<br><br>2015 CHEVROLET SILVERADO, VIN 3GCPCREC4FG173943, LICENSE PLATE NO. 68914H2 | Case No. 1:18-sw-00308-LJO-BAM-1<br><br>(Doc. No. 38) |

On December 30, 2019, Scorpio Purnell filed a motion requesting amendment of the Court's order granting his motion for return of property consisting of funds in the amount of $9,574.45 seized from Citibank Account No. 207100082 (the "Citibank Account"). (Doc. No. 38.) Pursuant to Local Rule 230, the Court shall set briefing deadlines regarding the motion.

Additionally, Mr. Purnell's motion was filed in the wrong case. The motion was filed in *In re the Seizure of 2015 Chevrolet Silverado, VIN 3GCPCREC4FG173943, License Plate No. 68914H2*, Case No. 1:18-sw-00308-LJO-BAM-1. However, that matter concerns the seizure of a 2015 Chevrolet Silverado and not the funds seized from the Citibank Account. Additionally, that matter is stayed pending an appeal to the Ninth Circuit. Accordingly, all further filings regarding the motion, including any opposition and reply, shall be filed in *In re the Seizure of Citibank Account No.*

*207100082 in the Name of All Profit Organization, LLC*, **Case No. 1:18-sw-00307-BAM-1.**

Accordingly, IT IS HEREBY ORDERED:

1. Any opposition to Mr. Purnell's motion shall be due on or before **January 17, 2020**, and Mr. Purnell's reply shall be due on or before **January 31, 2020.** Any opposition and reply shall be filed in *In re the Seizure of Citibank Account No. 207100082 in the Name of All Profit Organization, LLC*, Case No. 1:18-sw-00307-BAM-1. Briefing should focus on the authority of the Court to either grant or deny the requested relief. The matter will then be taken under submission and decided on the papers pursuant to Local Rule 230(g), (l);

2. The Clerk of Court is directed to file the copy of Scorpio Purnell's December 30, 2019 motion requesting amendment of the Court's order granting his motion for return of property (Case No. 1:18-sw-00308-LJO-BAM-1, Doc. No. 38) in *In re the Seizure of Citibank Account No. 207100082 in the Name of All Profit Organization, LLC*, Case No. 1:18-sw-00307-BAM-1; and

3. The Clerk of Court is further directed to file this order in *In re the Seizure of Citibank Account No. 207100082 in the Name of All Profit Organization, LLC*, Case No. 1:18-sw-00307-BAM-1, and in *In re the Seizure of 2015 Chevrolet Silverado, VIN 3GCPCREC4FG173943, License Plate No. 68914H2,* Case No. 1:18-sw-00308-LJO-BAM-1.

IT IS SO ORDERED.

Dated: **January 3, 2020**  /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE