1

2

3

4

**UNITED STATES DISTRICT COURT**

5

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

6

7 IN RE THE SEIZURE OF

Case No.  1:18-sw-00307-BAM-1

8 CITIBANK ACCOUNT NO. 207100082 IN
THE NAME OF ALL PROFIT
9 ORGANIZATION, LLC

**ORDER REQUIRING THE UNITED
STATES TO SHOW CAUSE WHY IT
HAS FAILED TO OBEY A COURT
ORDER**

10

11

(Doc. No. 11)

12

Case No.  1:18-sw-00308-LJO-BAM-1

13 IN RE THE SEIZURE OF

14 2015 CHEVROLET SILVERADO, vin
3GCPCREC4FG173943, license pLATE NO.
15 68914H2

(Doc. No. 43)

**FOURTEEN (14) DAY DEADLINE**

16

17          On April 9, 2020, the Court denied Scorpio Purnell's motion requesting amendment of the

18 Court's order granting his motion for return of funds totaling $9,574.45 seized from Citibank

19 Account No. 207100082 (the "Citibank Account"). (Doc. No. 11; Doc. No. 43.) Mr. Purnell's

20 motion requesting amendment indicated that he had not yet received any of the funds seized from

21 the Citibank Account even though the Court's October 9, 2019 order required the United States to

22 return the funds to Mr. Purnell care of his wife, Mariah Kidane, within sixty (60) days. (Doc. Nos.

23 3, 6; Doc. Nos. 29, 34.) Accordingly, on April 9, 2020, the Court ordered the United States to file

24 a status report regarding the return of the funds seized from the Citibank Account within thirty

25 (30) days. (Doc. No. 11; Doc. No. 43.)  To date, the United States has not filed the required status

26 report or otherwise responded to the Court's order.

27          Accordingly, the United States is HEREBY ORDERED to SHOW CAUSE in writing

28 within **fourteen (14) days** of the date of entry of this order why it has failed to comply with the

1  Court's April 9, 2020 order.  The United States may also comply with this order by filing the

2  required status report.

3        The Clerk of Court is further directed to file this order in *In re the Seizure of Citibank*

4  *Account No. 207100082 in the Name of All Profit Organization, LLC*, Case No. 1:18-sw-00307-

5  BAM-1, and in *In re the Seizure of 2015 Chevrolet Silverado, VIN 3GCPCREC4FG173943,*

6  *License Plate No. 68914H2,* Case No. 1:18-sw-00308-LJO-BAM-1.

7

8  IT IS SO ORDERED.

9     Dated:   **May 14, 2020**              /s/ Barbara A. McAuliffe

10                                   UNITED STATES MAGISTRATE JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2